■ GIULIANA CAMPAGNOLO et al., Appellants, v CORNELL UNIVERSITY, Defendant, and NEIL KELLEHER, Respondent. [665 NYS2d 339] —Appeal from that part of an order of the Supreme Court (Rumsey, J.), entered February 19, 1997 in Tompkins County, which granted defendant Neil Kelleher's motion for summary judgment dismissing the complaint against him.

Order affirmed, upon the opinion of Justice Phillip R. Rumsey.

Mikoll, J. P., Crew III, White, Casey and Spain, JJ., concur. Ordered that the order is affirmed, with costs.